**Opinion issued March 16, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00861-CV

———————————

## IN RE CHCA CLEAR LAKE, L.P. D/B/A MAINLAND MEDICAL CENTER, Relator

———————————————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————————

### MEMORANDUM OPINION

Relator, CHCA Clear Lake, L.P. d/b/a Mainland Medical Center, has filed a

petition for a writ of mandamus challenging a ruling compelling the production of

documents in the underlying trial court proceeding.[1]  Relator, representing that the

---

[1]     The underlying case is *David P. Petersen, Individually and as Executor of the Estate of Loyce M. Petersen, Deceased, Frederick J. Petersen, and Jonathan J. Petersen v. CHCA Clear Lake, L.P. d/b/a Mainland Medical Center, a Campus of Clear Lake Regional Medical Center, Mainland Medical Center, a Campus of Clear Lake*

parties have resolved all issues and claims in that proceeding, the trial court has granted a "Notice of Nonsuit and Motion for Dismissal," and the mandamus petition is now moot, has filed an unopposed motion to dismiss the petition. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion, dismiss the petition for a writ of mandamus, and vacate our November 1, 2016 order staying the production of the documents.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.

---

*Regional Medical Center and Clear Lake Regional Medical Center d/b/a Mainland Medical Center*, No. 16-CV-0009, in the 122nd District Court of Galveston County, Texas, the Honorable John Ellisor presiding.